UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY WATTS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-0719** |
| **BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY** | **SECTION "J"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rodney Watts's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 26th day of November, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE